ELIZA A. McLELLAN *et al.,* plaintiffs in error, *vs.* JOSEPH L. WESTON *et al.,* defendants in error.

1 Under the provision of section 1st of the act of 15th of February, 1876, courts of equity alone have jurisdiction of suits to recover property which had been set apart under the homestead laws and subsequently sold.

2. As that act does not invade or impair any legal rights of the parties, but only prescribes the remedy by which they can obtain them, it is not unconstitutional.

WARNER, Chief Justice.